STELLA KENDLER et al., Respondents, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.—

In our opinion, an examination concerning the specified service records and complaints for the period indicated is all that is necessary for plaintiff's case (cf. *Boyle* v. *Judy Cab Corp.*, 12 A D 2d 797). The examination shall proceed on 10 days' written notice or on any other date mutually fixed by the parties. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.